IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 09-CR-30017-MJR |
| PAUL D. STEINACHER, | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION AND
<u>ACCEPTING DEFENDANT'S GUILTY PLEA</u>**

REAGAN, District Judge:

On March 23, 2009, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge of this District Court. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Steinacher entered a guilty plea as to the charge against him contained in the Information (Doc. 2).

By Report filed March 23, 2009, Judge Proud recommends that the undersigned District Judge accept Defendant Steinacher's guilty plea, find him guilty, direct the Probation Office to prepare a presentence investigation report and schedule sentencing herein. The parties were given an opportunity to object to Judge Proud's Report. That deadline has elapsed without any party filing objections.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 09-CR-30017-MJR |
| PAUL D. STEINACHER, | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION AND
<u>ACCEPTING DEFENDANT'S GUILTY PLEA</u>**

REAGAN, District Judge:

On March 23, 2009, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge of this District Court. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Steinacher entered a guilty plea as to the charge against him contained in the Information (Doc. 2).

By Report filed March 23, 2009, Judge Proud recommends that the undersigned District Judge accept Defendant Steinacher's guilty plea, find him guilty, direct the Probation Office to prepare a presentence investigation report and schedule sentencing herein. The parties were given an opportunity to object to Judge Proud's Report. That deadline has elapsed without any party filing objections.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 09-CR-30017-MJR |
| PAUL D. STEINACHER, | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION AND
<u>ACCEPTING DEFENDANT'S GUILTY PLEA</u>**

REAGAN, District Judge:

On March 23, 2009, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge of this District Court. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Steinacher entered a guilty plea as to the charge against him contained in the Information (Doc. 2).

By Report filed March 23, 2009, Judge Proud recommends that the undersigned District Judge accept Defendant Steinacher's guilty plea, find him guilty, direct the Probation Office to prepare a presentence investigation report and schedule sentencing herein. The parties were given an opportunity to object to Judge Proud's Report. That deadline has elapsed without any party filing objections.

bar

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 09-CR-30017-MJR |
| PAUL D. STEINACHER, | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION AND
<u>ACCEPTING DEFENDANT'S GUILTY PLEA</u>**

REAGAN, District Judge:

On March 23, 2009, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge of this District Court. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Steinacher entered a guilty plea as to the charge against him contained in the Information (Doc. 2).

By Report filed March 23, 2009, Judge Proud recommends that the undersigned District Judge accept Defendant Steinacher's guilty plea, find him guilty, direct the Probation Office to prepare a presentence investigation report and schedule sentencing herein. The parties were given an opportunity to object to Judge Proud's Report. That deadline has elapsed without any party filing objections.

Accordingly, the Court **ADOPTS** in its entirety Judge Proud's Report and Recommendation (Doc. 8 ), **ACCEPTS** Defendant Steinacher's guilty plea (on the sole count of the Information) and **ADJUDGES** Steinacher guilty of the offense set forth therein. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report.

Finally, the Court **SETS SENTENCING** for <u>2:00 pm on Friday, July 24, 2009.</u> **NOTE: This setting has changed from the date originally announced for sentencing.**

It Is So Ordered.

Dated this April 8, 2009.

         s/ Michael J. Reagan
         MICHAEL J. REAGAN
         United States District Judge